# United States Bankruptcy Court
### District of South Carolina

In re  **Mohamad Hilal Kassassir**　　　　　　　　　　　　　　　　Case No.  **18-03734**
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　Chapter  **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **August 1, 2018**, a copy of the **Statement of Intention** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Mr. Cooper
PO Box 619094
Dallas, TX 75261-9741

Nationstar Mortgage LLC
8950 Cypress Waters Blvd
Irving, TX 75063

Specialized Loan Servicing, LLC
8742 Lucent Boulevard, Suite 300
PO Box 636005
Littleton, CO 80163-6005

　　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Caleb J. Farmer**
　　　　　　　　　　　　　　　　　　　　　　　　　**Caleb J. Farmer 10818**
　　　　　　　　　　　　　　　　　　　　　　　　　**Farmer & Morris Law, PLLC**
　　　　　　　　　　　　　　　　　　　　　　　　　**PO Box 632**
　　　　　　　　　　　　　　　　　　　　　　　　　**Rutherfordton, NC 28139**
　　　　　　　　　　　　　　　　　　　　　　　　　**(828) 286-3866 Fax:(828) 286-4820**
　　　　　　　　　　　　　　　　　　　　　　　　　**cfarmer@farmerlegal.com**